**Electronically Filed
Intermediate Court of Appeals
29794
17-JUL-2013
02:07 PM**

NOS. 29794, 29795 AND 29796

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

NO. 29794

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
NELSON KUUALOHA ARMITAGE, Defendant-Appellant.
(CASE NO. 2P106-02017)

NO. 29795

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
RUSSELL K. KAHOOKELE, Defendant-Appellant.
(CASE NO. 2P106-02018)

NO. 29796

STATE OF HAWAI'I, Plaintiff-Appellee,
v.
HENRY MAILE NOA, Defendant-Appellant.
(CASE NO. 2P106-01909)

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
WAILUKU DIVISION

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Summary Disposition Order of the court, filed on April 30, 2013, is hereby corrected as follows:

_____

[1] Nakamura, Chief Judge, and Fujise and Leonard, JJ.

On page 2, in the second line of the last paragraph, the date "April 4, 2009" should be corrected to read "April 3, 2009," so that as corrected, the text reads: ". . . separate Judgments entered against them by the District Court on April 3, 2009."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, July 17, 2013.

FOR THE COURT:

Craig H. Nakamura

Chief Judge